IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ENERGY CENTER OMAHA, LLC, | |
|---|---|
| Plaintiff, | 8:24CV76 |
| v. | |
| 222 S. 15TH STREET, LLC, | ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT |
| Defendant. | |

    This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

    IT IS SO ORDERED.

    Dated this 28th day of February 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge